# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID EUGENE BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CV382 CDP |
| ) | |
| WILLIAM MCKINNEY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff's post-dismissal motion to extend the time to pay his initial partial filing fee. Under 28 U.S.C. § 1915(b), plaintiff remains obligated to pay the full amount of the filing fee. In order to streamline this process, the Court will deny plaintiff's motion for extension of time to pay and order the Clerk of Court to correspond with the Department of Corrections regarding payment of the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to pay the initial partial filing fee [Doc. #25] is **DENIED**.

**IT IS FURTHER ORDERED** that in accordance with 28 U.S.C. § 1915(b)(2), the Clerk shall notify the Missouri Department of Corrections that it must forward to the Court payments from plaintiff's prison account until the filing fee is paid in full.

Dated this 26th day of July, 2011.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE